UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **RASHAAD ROBINSON,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 751(a) |
| **Defendant.** | : | (Escape from Custody) |

## INDICTMENT

The Grand Jury charges that:

Case: 1:19-cr-00060
Assigned To : Judge Moss, Randolph D.
Assign. Date : 2/14/2019
Description: INDICTMENT (B)

**COUNT ONE**

On or about January 10, 2019, within the District of Columbia, **RASHAAD ROBINSON**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Assault with a Dangerous Weapon, in violation of Title 22, District of Columbia Code, Section 402.

**(Escape from Custody, in violation of Title 18, United States Code, Section 751(a))**

A TRUE BILL:

FOREPERSON.

*Jessie K Liu*
Attorney of the United States in
and for the District of Columbia.